**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6601**

KIRK LEE LONEY,

                    Plaintiff - Appellant,

          v.

UNITED STATES OF AMERICA; COFFEY, I.S.M.; MOORE, C.C.M.;
CROOMES, Mail Clerk; HARRELL WATTS; WADE MOORE; JOHN DOE;
JANE DOE; STEWART, Mail Clerk; A. W. ENGEL; TABOR, Unit
Manager; CUFFEE, Counselor; K. BLANKENSHIFT, Correctional
Officer; LIEUTENANT BROE; MCDONALD, Dentist; ROACHE,
Dentist; MCDOUGAL, Dental Assistant; PATRICIA STANSBERRY,
Warden; BROWN, Case Manager,

                    Defendants – Appellees,

          and

UNKNOWN STAFF FOR F.C.C. PETERSBURG MEDIUM; UNKNOWN
OFFICIALS FOR PETERSBURG, VIRGINIA U.S.P.S., sued in their
individual capacities,

                    Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.    Robert E. Payne, Senior
District Judge. (3:11-cv-00845-REP)

Submitted:  November 19, 2015        Decided:  November 23, 2015

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kirk L. Loney, Appellant Pro Se.  Elizabeth Wu, Assistant United States Attorney, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kirk L. Loney appeals the district court's order dismissing his complaint filed pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 2671–2680 (2012). We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Loney v. United States, No. 3:11-cv-00845-REP (E.D. Va. filed Feb. 18, 2015; entered Feb. 19, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3